IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

DAVID R. PETE,

    *Plaintiff,*

v.

BLUE CROSS and BLUE SHIELD,

    *Defendant.*

§
§
§
§
§
§
§
§
§
§
§
§
§

CIVIL ACTION NO. 1:25-CV-00569-MJT-CLS

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636 and the Local Rules of Court for the Assignment of Duties to United States Magistrate Judges, the Court referred this proceeding to the Honorable Christine L. Stetson, United States Magistrate Judge, to conduct all pretrial proceedings, to enter findings of fact and recommend disposition on case-dispositive matters, and to determine non-dispositive matters. *See* 28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72.

On May 11, 2026, Judge Stetson issued a Report and Recommendation advising the Court to (1) deny Plaintiff's default-judgment motion [Dkt. 12], (2) deny Plaintiff's motion to expedite [Dkt. 14], (3) strike Blue Cross and Blue Shield of Georgia (BCBSGA)'s improper filing [Dkt. 13], and (4) warn Plaintiff of the possibility of sanctions for future Rule 11 violations. [Dkt. 15]. No party objected to the Report and Recommendation. This, the Court reviews it for clear error. Upon review, the court finds no error. Accordingly, it is

**HEREBY ORDERED** that Plaintiff's Motion for Default Judgment [Dkt. 12] is **DENIED** and that Plaintiff's Motion to Expedite [Dkt. 14] is **DENIED as moot**. It is

**FURTHER ORDERED** that the Clerk of Court shall **STRIKE** BCBSGA's response [Dkt. 13] and **TERMINATE** it as a party in this action.  Last,

Plaintiff is **WARNED** that he will be subject to court-imposed monetary sanctions if he files additional false factual assertions in violation of Rule 11(b).

**SIGNED this 28th day of May, 2026.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge

2